only pool adequate to meet Jennifer's needs and that the Hoyer swimming pool lift is the only safe means for transporting Jennifer into the pool. Because respondent offered no proof that the Hoyer swimming pool lift is not medically necessary or that it is not medical equipment encompassed within the definition of "medical assistance" (Social Services Law § 365-a [5]), the determination is not supported by substantial evidence and must be annulled (*see, Matter of Starkweather v Wing,* 242 AD2d 961, 962; *Matter of Ray v Wing,* 238 AD2d 958, 959; *Matter of Gartz v Wing,* 236 AD2d 890, 891). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Erie County, Sconiers, J.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v THOMAS LOOP, Respondent. ATTORNEY GENERAL OF THE STATE OF NEW YORK, Intervenor-Appellant. [698 NYS2d 210] —Order unanimously reversed on the law without costs, motion dismissed and matter remitted to Cattaraugus County Court for proceedings pursuant to Correction Law article 6-c (*see, People v Langdon,* 258 AD2d 937). (Appeal from Order of Cattaraugus County Court, Nenno, J.—Correction Law art 6-c.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ANDREW SALVERSON, Respondent. ATTORNEY GENERAL OF THE STATE OF NEW YORK, Intervenor-Appellant. [698 NYS2d 210] —Order unanimously reversed on the law without costs, motion dismissed and matter remitted to Cattaraugus County Court for proceedings pursuant to Correction Law article 6-c (*see, People v Langdon,* 258 AD2d 937). (Appeal from Order of Cattaraugus County Court, Nenno, J.—Correction Law art 6-c.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v CHAUNCEY DEXTER, Respondent. ATTORNEY GENERAL OF THE STATE OF NEW YORK, Intervenor-Appellant. [698 NYS2d 196] —Order unanimously reversed on the law without costs, motion dismissed and matter remitted to Cattaraugus County Court for proceedings pursuant to Correction Law article 6-c (*see, People v Langdon,* 258 AD2d 937). (Appeal from Order of Cattaraugus County Court, Nenno, J.—Correction Law art 6-c.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHAUN HANDY, Appellant, v JAMES NEWTON, as Superintendent of Watertown Correctional Facility, et al., Respondents. [698 NYS2d